NF

| Notice of Appeal Criminal | CO-290 Rev. 3/88 |

DAR

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
vs. Stephanie Eriksen )
~~Stephanie Anne Atkins, et al.~~ )

Criminal No. 06-085-M-01 NK

### NOTICE OF APPEAL

Name and address of appellant:
Stephanie Eriksen

FILED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant Pro Se

Offense: Demonstrating w/o a permit

Concise statement of judgment or order, giving date, and any sentence:
Guilty: March 2006
Judgement Entered: Time Served + $25 processing

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

~~Jan 19, 2006~~ 3/21/06    Stephanie P. Eriksen  /s/ Stephanie E.
DATE                         APPELLANT

_____
ATTORNEY FOR APPELLANT

☐ GOVT. APPEAL, NO FEE
☐ CJA, NO FEE
☐ PAID USDC FEE
☐ PAID USCA FEE

Does counsel wish to appear on appeal?    YES ☐   NO ☐
Has counsel ordered transcripts?          YES ☐   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ☐

RECEIVED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


$31.00 fee