# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

STEPHANIE ERIKSEN,
FAITH GROESBECK,
PHILIP RUNKEL,
MARY PARKER,
MARY A. FRANCIS,
JANINE MARIA ALLWINE,
MOYA MARLENE ATKINSON,
BETH ANN FRIEDLAN,
JEANNE OLSO,

　　　　　　Appellants.

**FILED**

APR 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No.  06-MJ-85 (TFH/DAR)

## ORDER

Pursuant to Rule 58(g)(2)(B) of the Federal Rules of Criminal Procedure, this case is

before the Court for review on appeal of the judgment and conviction entered by Magistrate

Judge Deborah A. Robinson.  Accordingly, it is hereby

**ORDERED** that the Appellants' brief(s) in support of their appeals shall be filed and

served on or before May 11, 2006.  The Government's responsive brief(s) shall be filed and

served on or before June 12, 2006.  The Appellants' reply briefs shall be filed and served on or



before June 19, 2006.  Oral arguments shall be heard on June 22, 2006 at 10:00 a.m. in

Courtroom 25A.

   **SO ORDERED.**

April __11th__, 2006

Thomas F. Hogan
Chief Judge