FILED
JUL 1 8 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

STEPHANIE ERIKSEN,
FAITH GROESBECK,
PHILIP RUNKEL,
MARY PARKER,
MARY A. FRANCIS,
JANINE MARIA ALLWINE,
MOYA MARLENE ATKINSON,
BETH ANN FRIEDLAN,
JEANNE OLSO,

        Appellants.

Case No. 06-MJ-85 (TFH/DAR)

## ORDER

On March 21, 2006, pursuant to Rule 58(g)(2)(B) of the Federal Rules of Criminal Procedure, the appellants notified the Court of their intent to appeal criminal convictions imposed against them for violations of law relating to a demonstration in which they participated [5-13]. The Court ordered that the appellants file legal briefs setting forth the grounds for their appeals by June 12, 2006 [14]. In response to the appellants' subsequent request for additional time to prepare their legal briefs [17], the Court extended the deadline to file the appellants' legal briefs to July 1, 2006 [18]. To date, however, no appellant has filed a legal brief in support of his or her appeal or otherwise taken any action in pursuit of the same. Accordingly, it is hereby

**ORDERED** that the appeals in these cases shall be dismissed with prejudice for lack of prosecution. *See, e.g., Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.").

**SO ORDERED.**

July 17th, 2006

Thomas F. Hogan
Chief Judge